IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-cr-00181-SRB |
| ) | |
| TYRON L. HOOKER, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Before this Court is Magistrate Judge Lajuana M. Counts' Report and Recommendation (Doc. #28) to Deny Defendant Tyron L. Hooker's ("Defendant") Motion to Suppress Evidence (Doc. #12). Defendant filed Objections to the Report and Recommendation on his Motion to Suppress Evidence. (Doc. #30). After an independent review of the record, the applicable law, and the parties' arguments, the Court ADOPTS the Report and Recommendation (Doc. #28). Accordingly, it is hereby **ORDERED** that the Report and Recommendation (Doc. #28) be attached to and made a part of this Order and that Defendant's Motion to Suppress (Doc. #12) is DENIED. Further, for the reasons stated in the Report and Recommendation, Defendant's request for a *Franks* hearing is DENIED.

IT IS SO ORDERED.

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: October 17, 2023